# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICOLE K. CRINER,<br><br>Defendant. | PO-21-05015-GF-JTJ<br><br>VIOLATION:<br>9711482<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $50 fine and $30 processing fee for violation 9711482 (for a total of $80), and for good cause shown, IT IS ORDERED that the $80 fine paid by the defendant is accepted as a full adjudication of violation 9711482.

IT IS FURTHER ORDERED that the initial appearance scheduled for January 21, 2021, is VACATED.

DATED this  19  day of January, 2021.

John Johnston
United States Magistrate Judge